IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Joint Motion to Vacate and Reset Preliminary Pretrial Conference [Docket No. 42; Filed March 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Preliminary Pretrial Conference set for April 22, 2008 is **vacated**. However, because the District Court Judge assigned to this case prefers that the Preliminary Pretrial Conference occur prior to the expiration of the discovery and dispositive motions deadlines, the week proposed by the parties, which falls after both deadlines, is not appropriate. The Court *sua sponte* **resets** the Preliminary Pretrial Conference to **July 15, 2008 at 9:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    The parties shall submit their proposed preliminary pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed preliminary pretrial order is on or before **July 8, 2008.**

    The parties are directed to the Court's website www.cod.uscourts.gov (Judicial Officers' Procedures/Magistrate Judges) to review the procedures for preparing the preliminary pretrial order. If the parties agree to **WAIVE** the preliminary pretrial conference, upon submission of the proposed pretrial order, they must call chambers (**303-844-4892**) to notify the Court. Magistrate Judge Mix will review the proposed order and make a determination if the parties may indeed waive the conference, or if the parties still need to appear for a preliminary pretrial conference.

Dated:       March 10, 2008