IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. MCDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD, Clinical Director,
C.W. WELCH, Physician Assistant,
MICHAEL NALLEY, Regional Director,
D. SHIEFELBEIN, Physician's Assistant,
J.T. SHARTLE, former Associate Warden,
RON WILEY, Warden,
HERMAN O. LYLE, MD, Consultant Internist,
IVAN NEGRON, MD, Medical Director,
RATAEL ROMAN, MD, Clinical Director,
RAIEZ, Helath Physician Assistant,
G. HICKS, Physician Assistant,
J.F. CASTILLO, Physician Assistant,
RICK STALLKAMP, Pharmacist,
LAWRENCE LEYBA, DO, Clinical Director,
M. MILLER, Physician Assistant,
A. VINYARD, Physician Assistant,
Y. FETTERHOFF, Imaging Techniques Specialist,
M. SWANN, Practitioner Assistant, each in his/her individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Request for Leave Amend Complaint [Docket No. 53; Filed April 14, 2008 [Docket No. 53] ("Motion to Amend"). As a preliminary matter, the Court finds that Plaintiff did not satisfy the requirements of D.C. Colo. L. Civ. R.

7.1(A).  To satisfy the rule, Plaintiff must confer with Defendant prior to filing a motion to determine whether it opposes the relief sought therein.  However, the Court notes that Defendant Federal Bureau of Prisons has informed the Court that despite Plaintiff's failure to confer, Defendant does not oppose the Motion to Amend [Docket No. 62].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk shall accept the Second Amended Complaint [Docket No. 53-2] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that Plaintiff shall effect service of the Summons and Second Amended Complaint on or before **May 27, 2008**.

IT IS FURTHER **ORDERED** that the caption of this action shall appear as above on all future pleadings.

Plaintiff is cautioned that the duty to confer pursuant to Local Rule 7.1(A) is mandatory.  Future motions which do not comply will be summarily denied.

Dated: May 8, 2008