IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. MCDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD, Clinical Director,
C.W. WELCH, Physician Assistant,
MICHAEL NALLEY, Regional Director,
D. SHIEFELBEIN, Physician's Assistant,
J.T. SHARTLE, former Associate Warden,
RON WILEY, Warden,
HERMAN O. LYLE, MD, Consultant Internist,
IVAN NEGRON, MD, Medical Director,
RATAEL ROMAN, MD, Clinical Director,
RAIEZ, Helath Physician Assistant,
G. HICKS, Physician Assistant,
J.F. CASTILLO, Physician Assistant,
RICK STALLKAMP, Pharmacist,
LAWRENCE LEYBA, DO, Clinical Director,
M. MILLER, Physician Assistant,
A. VINYARD, Physician Assistant,
Y. FETTERHOFF, Imaging Techniques Specialist,
M. SWANN, Practitioner Assistant, each in his/her individual and official capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant [BOP's] Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate York** [Docket No. 95; Filed July 14, 2008] (the "Motion"). In a hearing on an unrelated issue, counsel for Plaintiff informed the

Court that she was unsure whether her client would oppose the Motion [Docket No. 99]. Pursuant to D.C. Colo. L. Civ. R. 7.1(C), the deadline for Plaintiff to respond to the Motion has now passed, and Plaintiff failed to apprise the Court of any objection. Accordingly,

　　　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 30(a)(2), the deposition of Plaintiff shall be held at the time and date agreed upon by the parties, to occur no later than **August 29, 2008**. The deposition shall not exceed seven (7) hours total.

Dated:　　　August 8, 2008