IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01297–EWN–KLM

MALACHI Z. YORK,
    a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden;
JACK FOX, Associate Warden;
BRIAN A. BLEDSOE, Warden;
L. MCDERMOTT, Health Services Specialist;
S. SMITH, SIS Technician;
S. NAFZIGER, MD, Clinical Director;
C.W. WELCH, Physician Assistant;
MICHAEL NALLEY, Regional Director;
D. SCHIEFELBEIN, Physician's Assistant;
J.T. SHARTLE, former Associate Warden;
RON WILEY, Warden;
HERMAN O. LYLE, MD, Consultant Internist;
IVAN NEGRON, MD, Medical Director;
RATAEL ROMAN, MD, Clinical Director;
RAIEZ, Health Administrator;
G. HICKS, Physician Assistant;
J.F. CASTILLO, Physician Assistant;
RICK STALLKAMP, Pharmacist;
LAWRENCE LEYBA, D.O., Clinical Director;
M. MILLER, Physician Assistant;
A. VINYARD, Physician Assistant;
Y. FETTERHOFF, Imaging Techniques Specialist; and
M. SWANN, Practitioner Assistant;
each in his or her individual and fiduciary/official capacity.

    Defendants.

## ORDER AND MEMORANDUM OF DECISION

This is a civil rights case. Plaintiff Malachi Z. York alleges the above-captioned Defendants committed various constitutional violations in connection with his incarceration and transfer between prisons. This matter comes before the court on "Defendants Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)," filed February 22, 2008.

On May 8, 2008, Magistrate Judge Kristen L. Mix granted Plaintiff's motion for leave to amend his complaint, and accepted Plaintiff's proffered second amended complaint for filing as of the date of her order. (*See* Minute Order [filed May 8, 2008].) Accordingly, Defendant's instant motion is directed at an inoperative pleading. *See, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15[a] supersedes the pleading it modifies . . . ." [citation and internal quotation marks omitted]).

Based on the foregoing, it is therefore ORDERED that:

1. DEFENDANT's motion to dismiss (#35) is DENIED as MOOT.

Dated this 20th day of August, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge