IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01297–EWN–KLM

MALACHI Z. YORK,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.

---

# **ORDER**

---

The matters before the court are defendants' "[61] Motion to Strike Docket No. 51" filed April 28, 2008; "[74] Motion to Strike Docket No. 56 and Docket No. 67" filed May 13, 2008; and "[109] Motion to Strike Docket No. 101 and Docket No. 103," filed August 19, 2008. No responses from plaintiff have been received. The court notes that the docket entries defendants refer to consist of the following:

- (Docket No. 51): Statement of financial documents by Plaintiff Malachi Z. York (56 pages);
- (Docket No. 56): Statement of financial documents by Plaintiff Malachi Z. York. (9 pages);
- (Docket No. 67): Statement of financial documents by Plaintiff Malachi Z. York. (13 pages);
- (Docket No. 101): Statement of legal and financial documents by Plaintiff Malachi Z. York. (90 pages);
- (Docket No. 103): Statement of legal and financial documents by Plaintiff Malachi Z. York. (43 pages);

The court further notes the following entries in the docket in this matter:

- (Docket No. 104): Statement by Plaintiff Malachi Z. York. (Actually entitled "Order Requesting This Court Take Judicial Notice of the Plaintiff's Liberian Diplomatic Status, Liberian Citizenship, Vienna Convention on Diplomatic and Consular 1961; 1963 and Extradite and Evidentiary Hearing Based on Supporting Evidence.") (229 pages);
- (Docket No. 106): Exhibits A1 and A2 by Plaintiff Malachi Z. York. Conventionally Filed - 2 CDS located in the exhibits area of the Clerk's Office;
- (Docket No. 114): Conventionally Submitted Material by Plaintiff Malachi Z. York. Clipped bundle of legal-sized legal and financial documents located in exhibit area of the Clerk's Office;
- (Docket No. 123): Statement of documents by Plaintiff Malachi Z. York (19 pages).

The filings, as indicated by the page lengths of the majority of those listed, are voluminous. Upon further inspection of those filings, there is no indication that they were signed by counsel of record for plaintiff, Ms. Leta Holden. It is apparent as well that several of the filings contained information of a confidential nature, and required that notice be given to counsel that the materials contain such information.

Defendants assert in their motion that because the documents were filed by plaintiff or other persons besides counsel of record, they should be stricken for violating D.C.COLO.LCivR 11.1.A.[1] Furthermore, defendants point out that the documents appear redundant, immaterial and impertinent to the case. Under Fed. R. Civ. P. 12(f), materials falling under those descriptions may be stricken. Upon inspection of the materials, the court can confirm defendants' position.

---

[1] **Appearances.**

. . . .

Only *pro se* **individual parties** and members of this court's bar **may appear or sign** pleadings, motions or other papers.

D.C.COLO.LCivR 11.1.A. (Emphasis added).

Additionally, if the intent of the filing of the materials is to request action to be taken by the court, it logically follows that the materials are in the nature of motions; and plaintiff therefore is in violation of D.C.COLO.LCivR 7.1.A. for failing to confer with the opposing party and to certify such a conference in the motion.

Accordingly, it is

**ORDERED** that

(1) Defendants' [61] " Motion to Strike Docket No. 51" filed April 28, 2008; [74] "Motion to Strike Docket No. 56 and Docket No. 67" filed May 13, 2008; and [109] "Motion to Strike Docket No. 101 and Docket No. 103," filed August 19, 2008, are GRANTED; those filings are hereby deemed STRICKEN; and the clerk is directed to indicate as such on the docket;

(2) Docket No. 104, Docket No. 106, Docket No. 114 and Docket No. 123 are likewise STRICKEN, under the court's *sua sponte* authority; and the clerk is directed to indicate as such on the docket; and

(3) All future filings submitted in person, by mail or by fax, that are not signed by plaintiff's counsel of record, Ms. Holden, shall be STRICKEN.

Dated this 29th day of August, 2008.

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge