IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01297–EWN–KLM

MALACHI Z. YORK,
    a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden;
JACK FOX, Associate Warden;
BRIAN A. BLEDSOE, Warden;
L. MCDERMOTT, Health Services Specialist;
S. SMITH, SIS Technician;
S. NAFZIGER, MD, Clinical Director;
C.W. WELCH, Physician Assistant;
MICHAEL NALLEY, Regional Director;
D. SCHIEFELBEIN, Physician's Assistant;
J.T. SHARTLE, former Associate Warden;
RON WILEY, Warden;
HERMAN O. LYLE, MD, Consultant Internist;
IVAN NEGRON, MD, Medical Director;
RATAEL ROMAN, MD, Clinical Director;
RAIEZ, Health Administrator;
G. HICKS, Physician Assistant;
J.F. CASTILLO, Physician Assistant;
RICK STALLKAMP, Pharmacist;
LAWRENCE LEYBA, D.O., Clinical Director;
M. MILLER, Physician Assistant;
A. VINYARD, Physician Assistant;
Y. FETTERHOFF, Imaging Techniques Specialist; and
M. SWANN, Practitioner Assistant;
each in his or her individual and fiduciary/official capacity.

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 27, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The "Motion to Vacate Dispositive Motion Deadline" (#111, filed August 22, 2008) is GRANTED. Dispositive Motions shall be filed no later than October 2, 2008.

DATED this 10th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge