IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01297–EWN–KLM

MALACHI Z. YORK,
    a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden;
JACK FOX, Associate Warden;
BRIAN A. BLEDSOE, Warden;
L. MCDERMOTT, Health Services Specialist;
S. SMITH, SIS Technician;
S. NAFZIGER, MD, Clinical Director;
C.W. WELCH, Physician Assistant;
MICHAEL NALLEY, Regional Director;
D. SCHIEFELBEIN, Physician's Assistant;
J.T. SHARTLE, former Associate Warden;
RON WILEY, Warden;
HERMAN O. LYLE, MD, Consultant Internist;
IVAN NEGRON, MD, Medical Director;
RATAEL ROMAN, MD, Clinical Director;
RAIEZ, Health Administrator;
G. HICKS, Physician Assistant;
J.F. CASTILLO, Physician Assistant;
RICK STALLKAMP, Pharmacist;
LAWRENCE LEYBA, D.O., Clinical Director;
M. MILLER, Physician Assistant;
A. VINYARD, Physician Assistant;
Y. FETTERHOFF, Imaging Techniques Specialist; and
M. SWANN, Practitioner Assistant;
each in his or her individual and fiduciary/official capacity.

    Defendants.

## ORDER

This matter is before the court on Plaintiff's Motion for Leave to File International Documents (#128). This submission was signed by Leta Holden, an attorney licensed to practice in the court, who has entered her appearance on behalf of Plaintiff. Attached to the motion, however, is a motion for reconsideration of this court's order (#122) denying bar admission to one "CLLR. Francis Y.S. Garawolu." The attached motion and supporting papers are evidently signed by Mr. Garawolu.

The material filed with Ms. Holden's motion does not persuade the court that its order should be modified or vacated. The court's rules of practice (cited and discussed in #122) are clear concerning bar admission requirements. The court's rules do not permit *pro hac vice* appearances, either nationally or internationally. Aside from the provisions of the rules themselves, the court is concerned that filings previously filed by Mr. Garawolu violated this court's local rules and electronic filing procedures in a number of respects. The court further notes that the questions presented by this lawsuit appear to involve application of the law of the United States, not Liberia. Plaintiff is well-represented currently, and no persuasive case has been made for the admission of an additional lawyer.

For the reasons recited, it is

**ORDERED** that the motion to reconsider, attached to #128, is DENIED.  The motion to file (#128), however, is GRANTED.

Dated this 16th day of September, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge