IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01297-PAB-KLM

MALACHI Z. YORK, a/k/a Dwight York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MAUREEN CRUZ, former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. MCDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD, Clinical Director,
C.W. WELCH, Physician Assistant,
MICHAEL NALLEY, Regional Director,
D. SHIEFELBEIN, Physician's Assistant,
J.T. SHARTLE, former Associate Warden,
RON WILEY, Warden,
HERMAN O. LYLE, MD, Consultant Internist,
IVAN NEGRON, MD, Medical Director,
RATAEL ROMAN, MD, Clinical Director,
RAIEZ, Helath Physician Assistant,
G. HICKS, Physician Assistant,
J.F. CASTILLO, Physician Assistant,
RICK STALLKAMP, Pharmacist,
LAWRENCE LEYBA, DO, Clinical Director,
M. MILLER, Physician Assistant,
A. VINYARD, Physician Assistant,
Y. FETTERHOFF, Imaging Techniques Specialist,
M. SWANN, Practitioner Assistant, each in his/her individual and official capacity,

    Defendants.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on **Defendant's Motion to Strike Docket Nos. 189, 196, 197, 198, 204, 206, 207, 208, 209, 210, 211** [Docket No. 220; Filed April 13, 2009]

(the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. As Defendant BOP correctly notes, many of the documents which are the subject of the Motion are unintelligible, immaterial, irrelevant, impertinent, and/or frivolous. Further, many of the documents were not signed by Plaintiff, or if they were, there is sufficient doubt that the signature is Plaintiff's. Plaintiff and nonparties have been frequently warned that unsigned or irrelevant pleadings will be stricken [Docket Nos. 124, 150, 167 & 213]. Accordingly,

IT IS FURTHER **ORDERED** that Docket Nos. 189, 196, 197, 198, 204, 206, 207, 208, 209, 210, and 211 are **STRICKEN** pursuant to Fed. R. Civ. P. 12(f) and D.C. Colo. L. Civ. R. 7.1(H).

IT IS FURTHER **ORDERED** that the Court *sua sponte* **STRIKES** Docket No. 184.[1]

Dated:      April 14, 2009

                                        BY THE COURT:

                                         s/ Kristen L. Mix
                                        U.S. Magistrate Judge
                                        Kristen L. Mix

---

[1] Although the Court previously denied Plaintiff's request to strike this document because Plaintiff failed to provide legal justification for his request [Docket No. 188], I *sua sponte* strike the document in conjunction with this Order considering that it is irrelevant and immaterial.